**Motion Granted and Order filed September 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00701-CV

_____

### AMERICAN AKAUSHI ASSOCIATION, INC., HEARTBRAND HOLDINGS, INC., AND RONALD BEEMAN, Appellants

### V.

### TWINWOOD CATTLE COMPANY, INC., Appellee

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-250789**

## ORDER

American Akaushi Association, Inc. and HeartBrand Holdings, Inc. petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas respectively under case numbers 22-90128 and 22-90127. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing,

on August 3, 2022, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On August 25, 2022, American Akaushi Association, Inc., HeartBrand Holdings, Inc., Ronald Beeman, and Twinwood Cattle Company, Inc., filed a joint motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order lifting the stay for purposes of this appeal.

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

The reporter's record is due to be filed with the clerk of this court within fifteen (15) days of the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer and Hassan.